IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JULIE AOYAGI, | ) | CIVIL 14-00285-ACK-RLP |
| Plaintiff, | ) | |
| vs. | ) | |
| STRAUB CLINIC & HOSPITAL, INC., | ) | |
| Defendant. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 04, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANT STRAUB CLINIC AND HOSPITAL'S BILL OF COSTS, Docket entry no. 54, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 22, 2015



_____
Alan C. Kay
Sr. United States District Judge